Rosemiller et al., Appellants, *v.* Biswanger.

Argued December 5, 1935. Before FRAZER, C. J., SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

*Harry M. Penneys,* with him *Otto Kraus, Jr.,* for appellant.

*Harold B. Beitler,* for appellee, was not heard.

PER CURIAM, January 6, 1936:

Upon the trial of this action of trespass to recover damages for personal injuries sustained by the minor plaintiff, the jury returned a verdict in favor of defendant. The testimony developed a clear question of fact as to defendant's negligence which was submitted to the jury in a charge which we find to be free from reversible error. A careful examination of the record discloses no ground for disturbing the verdict.

The judgment and order of the court below, refusing plaintiff's motion for a new trial, is affirmed.